IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIPPENDALES USA LLC, | No. CV 05-03093 VRW |
|     Plaintiff, | **ORDER GRANTING STIPULATION** |
|     v. | |
| CEDCO PUBLISHING CO., INC, | |
|     Defendant. | |

The STIPULATION EXTENDING TIME FOR RECEIVER DAVID R. BRADLOW TO RESPOND TO THE COMPLAINT until September 15, 2005 filed in the above captioned case is **GRANTED.**

    **IT IS SO ORDERED**

Dated: August 31, 2005



Judge Vaughn R Walker
UNITED STATES DISTRICT JUDGE