DENNIS D. MILLER (SBN 138669)
MARCUS O. COLABIANCHI (SBN 208698)
STEIN & LUBIN LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile:  (415) 981-4343
dmiller@steinlubin.com
mcolabianchi@steinlubin.com

Stephen W. Feingold
Barry M. Benjamin
PITNEY HARDIN LLP
7 Times Square
New York, New York 10036
Telephone: (212) 297-5800
Facsimile:     (212) 682-3485
sfeingold@pitneyhardin.com
bbenjamin@pitneyhardin.com

Attorneys for Plaintiff
CHIPPENDALES USA LLC,
a Delaware limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHIPPENDALES USA LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CEDCO PUBLISHING COMPANY, INC.,<br><br>Defendant. | Case No. C05-3093 VRW<br><br>**STIPULATION ON CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Courtroom:   6, 17th Floor<br>Judge:          Hon. Vaughn R. Walker |

Plaintiff Chippendales USA LLC ("Chippendales") and the state court appointed receiver for Charles E. Ditlefsen, Inc., doing business as Cedco Publishing Company, Inc., David Bradlow (the "Receiver"), through their respective counsel of record, hereby stipulate, with the permission of this Court, to continue the Case Management Conference hearing from November 1,

1 | 2005 to **November 29, 2005 at 9:00 a.m.** in the above referenced Court. The reason behind the
2 | continuance is to allow the parties to continue settlement discussions.
3 |      **IT IS SO STIPULATED AND AGREED:**
4 | Dated: October 28, 2005     STEIN & LUBIN LLP

By: _/s/ M. Colabianchi_
MARCUS O. COLABIANCHI
Attorneys for Plaintiff
Chippendales USA LLC

Dated: October __, 2005     BINGHAM McCUTCHEN LLP

By:_____
DAVID FALLEK
Attorneys for State Court Receiver
David Bradlow

**ORDER THEREON**

  IT IS HEREBY ORDERED that the Case Management Conference hearing in this matter shall be continued to November 29, 2005 at 9:00 a.m.

DATED: _____     _____
THE HONORABLE VAUGHN R. WALKER

---

16940002/312624v1    2    Case No. C05-3093 VRW
STIPULATION ON CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER THEREON

1  2005 to **November 29, 2005 at 9:00 a.m.** in the above referenced Court.  The reason behind the

2  continuance is to allow the parties to continue settlement discussions.

3                        **IT IS SO STIPULATED AND AGREED:**

4  Dated: October __, 2005          STEIN & LUBIN LLP

6                                        By:_____
7                                          MARCUS O. COLABIANCHI
                                        Attorneys for Plaintiff
                                        Chippendales USA LLC

9  Dated: October 28, 2005         BINGHAM McCUTCHEN LLP

11                                         By:_____
12                                         DAVID FALLEK
                                        Attorneys for State Court Receiver
13                                         David Bradlow

15                            **ORDER THEREON**

16      IT IS HEREBY ORDERED that the Case Management Conference hearing in this

17  matter shall be continued to November 29, 2005 at 9:00 a.m.

19  DATED: _____                               _____
20                                         THE HONORABLE VAUGHN R. WALKER

# CERTIFICATE OF SERVICE

I, Cara L. Menzio, hereby declare under penalty of perjury under the laws of the United States of America that the following facts are true and correct:

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Stein & Lubin LLP and my business address is 600 Montgomery Street, 14th Floor, San Francisco, CA 94111.

On October 28, 2005, I caused the following documents to be served:

**STIPULATION ON CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER THEREON**

in the following manner

(X)   (BY EMAIL) I caused said document(s) to be sent by electronic mail on the date and at the place shown above following our ordinary business practice.

Randy Michelson, Esq.
David Fallek, Esq.
Bingham McCutchen LLP
Three Embarcadero Center, 25th Floor
San Francisco, California 94111-4067
E-mail: david.fallek@bingham.com

Executed on October 28, 2005, at San Francisco, California.


_____/s/ Cara L. Menzio_____
Cara L. Menzio