| | |
|---|---|
| 1 | DENNIS D. MILLER (SBN 138669) |
| | MARCUS O. COLABIANCHI (SBN 208698) |
| 2 | STEIN & LUBIN LLP |
| | 600 Montgomery Street, 14th Floor |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 981-0550 |
| 4 | Facsimile:  (415) 981-4343 |
| | dmiller@steinlubin.com |
| 5 | mcolabianchi@steinlubin.com |
| 6 | Stephen W. Feingold |
| | Barry M. Benjamin |
| 7 | PITNEY HARDIN LLP |
| | 7 Times Square |
| 8 | New York, New York 10036 |
| | Telephone: (212) 297-5800 |
| 9 | Facsimile:     (212) 682-3485 |
| | sfeingold@pitneyhardin.com |
| 10 | bbenjamin@pitneyhardin.com |

Attorneys for Plaintiff
CHIPPENDALES USA LLC,
a Delaware limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHIPPENDALES USA LLC, a Delaware limited liability company, | Case No. C05-3093 VRW |
| Plaintiff, | |
| v. | **STIPULATION ON CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |
| CEDCO PUBLISHING COMPANY, INC., | |
| Defendant. | Courtroom:   6, 17th Floor |
| | Judge:         Hon. Vaughn R. Walker |

Plaintiff Chippendales USA LLC ("Chippendales") and the state court appointed receiver for Charles E. Ditlefsen, Inc., doing business as Cedco Publishing Company, Inc., David Bradlow (the "Receiver"), through their respective counsel of record, hereby stipulate, with the permission of this Court, to continue the Case Management Conference hearing from November 29, 2005 to **December 27, 2005 at 9:00 a.m.** in the above referenced Court.  The reason behind

the continuance is that the parties have reached a tentative settlement and are negotiating the final terms and conditions of the formal written settlement agreement.

**IT IS SO STIPULATED AND AGREED:**

Dated:  November 23, 2005             STEIN & LUBIN LLP


                                      By:      s/ Marcus O. Colabianchi
                                         MARCUS O. COLABIANCHI
                                         Attorneys for Plaintiff
                                         Chippendales USA LLC


Dated: November 23, 2005              BINGHAM McCUTCHEN LLP


                                      By:      s/ David Fallek
                                         DAVID FALLEK
                                         Attorneys for State Court Receiver
                                         David Bradlow

**ORDER THEREON**

IT IS HEREBY ORDERED that the Case Management Conference hearing in this matter shall be continued to December 27, 2005 at 9:00 a.m.

DATED:  November 23, 2005             _____
                                      THE HONORABLE VAUGHN R. WALKER

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Vaughn R Walker]

# CERTIFICATE OF SERVICE

I, Liz Paul, hereby declare under penalty of perjury under the laws of the United States of America that the following facts are true and correct:

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Stein & Lubin LLP and my business address is 600 Montgomery Street, 14th Floor, San Francisco, CA 94111.

On November 23, 2005, I caused the following documents to be served:

**STIPULATION ON CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER THEREON**

in the following manner

(X)   (BY EMAIL) I caused said document(s) to be sent by electronic mail on the date and at the place shown above following our ordinary business practice.

Randy Michelson, Esq.
David Fallek, Esq.
Bingham McCutchen LLP
Three Embarcadero Center, 25th Floor
San Francisco, California 94111-4067
E-mail: david.fallek@bingham.com

Executed on November 23, 2005, at San Francisco, California.

_____/s/ Liz Paul_____
Liz Paul